## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| Keith Sullivan, | Case No.: 2:23-cv-01581-APG-NJK |
|---|---|
| Plaintiff | **Order Closing Case** |
| v. | |
| Steven Sisolak, | |
| Defendant | |

On October 3, 2023, pro se plaintiff Keith Sullivan filed a motion for a preliminary injunction and a temporary restraining order and a motion to supplement his civil-rights claims.[1] Because Sullivan did not include a case number on his documents, the Clerk of the Court construed them as initiating a new civil-rights action. Upon closer review, I find that Sullivan did not intend to start a new lawsuit but to file these motions in his existing civil-rights action styled *Sullivan v. Sisolak*, Case No. 2:23-cv-00869-GMN-DJA.[2] Sullivan initiated that action on June 2, 2023, and it concerns, among other things, a retaliatory disciplinary charge for "threats" by Corrections Officer Kratz and denial of due process during the hearing on that charge.[3] Sullivan refers to those matters in the motions.[4] And Sullivan explains that he does not know the action's case number because his legal work and other property were taken by prison officials.[5]

---

[1] ECF Nos. 1-1, 1-2.

[2] It is plain from the motions' contents that Sullivan did not intend to file them in either of his other two pending civil actions: *Sullivan v. State of Nevada*, Case No. 3:23-cv-00409-ART-CSD (filed Aug. 14, 2023) (alleging denial of access to the courts in a habeas case); and *Sullivan v. Warden of So. Desert Corr. Center*, Case No. 2:23-cv-01203-JAD-NJK (filed July 31, 2023) (alleging indifference to ulcerative colitis, mental-health, and exercise conditions).

[3] Case No. 2:23-cv-00869-GMN-EJY, ECF No. 1-1 at 22.

[4] ECF Nos. 1-1 at 2, 1-2 at 7.

[5] ECF No. 1-1 at 2.

I THEREFORE ORDER that the Clerk of the Court will close this case as it was filed in error. No other documents may be filed in this now-closed case. If Sullivan wishes to pursue the matters raised in his motion for a temporary restraining order and a preliminary injunction (ECF No. 1-1) and his motion for leave to file an amended complaint (ECF No. 1-2), he must do so in *Sullivan v. Sisolak*, Case No. 2:23-cv-00869-GMN-DJA.

I FURTHER ORDERED that the Clerk of the Court will file Sullivan's motion for a temporary restraining order and a preliminary injunction (ECF No. 1-1) and his motion for leave to file an amended complaint (ECF No. 1-2) in the civil-rights action styled *Sullivan v. Sisolak*, Case No. 2:23-cv-00869-GMN-DJA.

I FURTHER ORDER that the Clerk of the Court will send a courtesy copy of this order to plaintiff Keith Sullivan by delivering the same to the email address for Southern Desert Correctional Center's law library. Sullivan is cautioned that Nevada Local Rule IA 3-1 requires a pro se party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number[,]" and the failure to do so could result in sanctions like dismissal.

DATED this 5th day of October, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE